AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JASON KEITH WILLIAM BARKER,

    Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

TIMOTHY BRUNSMAN, Warden,     CASE NO. C2-09-325
    JUDGE EDMUND A. SARGUS, JR.
    Respondent.     MAGISTRATE JUDGE TERENCE P. KEMP

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed June 4, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: June 4, 2009     JAMES BONINI, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk